Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DREW TRACY, DUANE SCHUMAN, RICK STEELE, CHRIS LINES, DANIEL KEVIN GRIFFEE, RICHARD HUFFMAN, LEE HAZELTON and SCOTT WILLIS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VANCOUVER, a municipality,<br><br>Defendant. | No. 3:17-cv-05414-RBL<br><br>DEFENDANT CITY OF VANCOUVER'S ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO [DKT. 18] PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>**JURY DEMAND** |

Defendant CITY OF VANCOUVER hereby amends its previously filed answer to the allegations contained in Plaintiffs' First Amended Complaint (Dkt. 18) as follows. In response to the headings, "NATURE OF THE ACTION," "JURISDICTION AND VENUE," "PARTIES," "GENERAL ALLEGATIONS," and "FIRST CLAIM FOR RELIEF (Unpaid overtime wages – 29 U.S.C. §§ 207 *et seq*)," to the extent any response is required, Defendant City of Vancouver denies that Plaintiffs are entitled to any relief. Unless otherwise specified herein, the paragraph numbers contained in this pleading correspond to the paragraph numbers contained in Plaintiffs' complaint.

5932.docx
DEFS.' ANSWER & AFF. DEFENSES TO
PLFS.' 1ST AM. COMPL. - 1
(W.D. Wash. Cause No. 3:17-cv-05414-RBL)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA 98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

1. This paragraph merely characterizes Plaintiffs' lawsuit and requires no response. To the extent any response is required, Defendant City of Vancouver denies that Plaintiffs are entitled to any relief.

2. Jurisdiction is admitted.

3. Defendant City of Vancouver admits venue.

4. The first sentence of paragraph 4 is admitted. The second sentence of paragraph 4 merely characterizes Plaintiffs' lawsuit and requires no response. To the extent any response is required, Defendant City of Vancouver denies that Plaintiffs are entitled to any relief.

5. Admitted the Defendant City of Vancouver is a municipality located in Washington State. The remainder of this paragraph calls for a conclusion of law which is referred to the Court and is therefore denied.

6. Admitted.

7. Admitted that at times Plaintiffs worked in excess of 40 hours per week during the three years preceding the filing of the complaint. The word "routinely" is denied. To the extent this paragraph alleges anything further or anything different, Defendant City of Vancouver denies the same.

8. Admitted that per the mutually negotiated collective bargaining agreement, "Shift overtime will be paid at time-and-one-quarter," and that the City paid Plaintiffs in accordance with the mutually negotiated collective bargaining agreement. Denied that any other overtime was paid at time-and-one-quarter. To the extent this paragraph alleges anything further or anything different, Defendant City of Vancouver denies the same.

9. Admitted that Section 7.3 of the applicable collective bargaining agreement provides:

> By mutual agreement of the employer and employee, compensating time off at the applicable premium rate may be arranged in lieu of overtime or callback pay.

5932.docx
DEFS.' ANSWER & AFF. DEFENSES TO
PLFS.' 1ST AM. COMPL. - 2
(W.D. Wash. Cause No. 3:17-cv-05414-RBL)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

> Compensating time off may accumulate not to exceed One hundred and twenty (120) hours. Use of compensating time off may be scheduled as mutually agreed by the employer and employee and will be taken in 12 hour blocks (for 24-hour personnel

Admitted that the City of Vancouver at all times complied with this and all other sections of the mutually negotiated collective bargaining agreement. To the extent this paragraph alleges anything further or anything different, Defendant City of Vancouver denies the same.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Defendant City of Vancouver incorporates by reference the admissions, denials, responses, and averments made in response to paragraph 1-16.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

As to the paragraph on page 5 of Plaintiffs' Complaint beginning with the word "WHEREFORE," and each and every paragraph and subparagraph thereunder, Defendant City

5932.docx
DEFS.' ANSWER & AFF. DEFENSES TO
PLFS.' 1ST AM. COMPL. - 3
(W.D. Wash. Cause No. 3:17-cv-05414-RBL)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

of Vancouver denies that Plaintiffs are entitled to any relief.  As to any allegation to which Defendant City of Vancouver has not yet responded, such allegations are specifically denied.

## AFFIRMATIVE DEFENSES

Having fully answered Plaintiffs' Amended Complaint, and without waiving any admissions, denials, or responses previously set forth, Defendant City of Vancouver affirmatively alleges as follows:

1. Plaintiffs are exempt from FLSA's overtime provisions pursuant to 29 U.S.C. § 213(a)(1), as they are employees employed in a bona fide executive capacity.  The Department of Labor has interpreted this statute to hold that fire battalion chiefs are exempt from overtime provisions of FLSA, and that interpretation is entitled to judicial deference.

2. In the alternative, Plaintiff Tracy is exempt from FLSA's overtime provisions pursuant to 29 U.S.C. § 213(a)(1) during his time as Interim Deputy Fire Chief and Interim Division Chief of Training, as those positions satisfy the Department of Labor's tests for executives and administrative employees.

3. In the alternative, Plaintiff Huffman is exempt from FLSA's overtime provisions pursuant to 29 U.S.C. § 213(a)(1) during his time as Interim Division Chief of Training, as that position satisfies the Department of Labor's tests for executives and administrative employees.

4. As the City's actions are not willful under the FLSA, Plaintiffs are time barred from seeking damages for acts occurring more than two years prior to the filing of their complaint.  To the extent the Court finds any actions to be willful, Plaintiffs are time barred from seeking damages for acts occurring more than three years prior to the filing of their complaint.

5. Through collective bargaining, the City established a 207(k) work period and therefore is entitled to the 207(k) exemption.

5932.docx
DEFS.' ANSWER & AFF. DEFENSES TO
PLFS.' 1ST AM. COMPL. - 4
(W.D. Wash. Cause No. 3:17-cv-05414-RBL)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

6. Defendant City of Vancouver at all times acted in good faith in believing that the Plaintiffs and all other Battalion Chiefs were exempt as bona-fide executives, which precludes any imposition of liquidated damages.

## PRAYER

WHEREFORE, having fully answered Plaintiffs' Amended Complaint and asserted its affirmative defenses, Defendant City of Vancouver prays for judgment as follows:

1. That Plaintiffs take nothing by their complaint and this action be dismissed with prejudice.

2. That Defendant City of Vancouver be awarded its costs and a reasonable attorneys fees to the extent allowable by law.

3. Any other relief the court deems just and equitable.

DATED on May 7, 2018.

         CITY ATTORNEY'S OFFICE
          VANCOUVER, WASHINGTON

         By:    /s/ Daniel G. Lloyd
          Daniel G. Lloyd, WSBA No. 34221
          Sara Baynard-Cooke, WSBA No. 35697
          Assistant City Attorneys
          Attorneys for Defendant City of Vancouver
          PO Box 1995
          Vancouver, WA 98668-1995
          **Tel:** 360.487.8500; **Fax:** 360.487.8501
          dan.lloyd@cityofvancouver.us
          sara.baynard-cooke@cityofvancouver.us

5932.docx
DEFS.' ANSWER & AFF. DEFENSES TO
PLFS.' 1ST AM. COMPL. - 5
(W.D. Wash. Cause No. 3:17-cv-05414-RBL)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

Katelyn S. Oldham
Tedesco Law Group
12780 SE Stark Street
Portland, OR 97233
**Tel:** (866) 697-6015;  **Fax:** (503) 210-9847
katelyn@miketlaw.com

DATED on May 7, 2018.

        CITY ATTORNEY'S OFFICE
        VANCOUVER, WASHINGTON

By: _____/s/ Daniel G. Lloyd_____
    Daniel G. Lloyd, WSBA No. 34221
    Assistant City Attorney
    Attorney for Defendant City of Vancouver
    PO Box 1995
    Vancouver, WA 98668-1995
    **Tel:** 360.487.8500; **Fax:** 360.487.8501
    dan.lloyd@cityofvancouver.us

5932.docx
DEFS.' ANSWER & AFF. DEFENSES TO
PLFS.' 1ST AM. COMPL. - 6
(W.D. Wash. Cause No. 3:17-cv-05414-RBL)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA 98668
Tel: (360) 487-8500 * Fax: (360) 487-8501